Janice JACKSON, Plaintiff–Appellant,

v.

BRANCH BANKING & TRUST COMPANY; Branch Banking and Trust Company (BB&T) Registered Agent; Samuel I. White, P.C.; William Adam White, Defendants - Appellees.

No. 16-1536

United States Court of Appeals, Fourth Circuit.

Submitted: July 28, 2016

Decided: August 1, 2016

Janice Jackson, Appellant Pro Se. Robert Harvey Hillman, SAMUEL I. WHITE, PC, Rockville, Maryland, for Appellees.

Before MOTZ and HARRIS, Circuit Judges, and DAVIS, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Janice Jackson appeals the district court's order denying her third amended motion for reconsideration under Fed. R. Civ. P. 60(b) of the district court's order denying her request for a preliminary injunction regarding her eviction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Jackson v. Branch Banking & Tr. Co., No. 8:14–cv–03155–TDC, 2016 WL 1446783 (D. Md. Apr. 13, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED